## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

JOSEPH SPURLOCK,                          :     Case No. 1:23-cv-721
                                          :
              Plaintiff,                   :     Judge Matthew W. McFarland
                                          :
       v.                                 :
                                          :
CHAPLAIN RUCKEL, et al.,                   :
                                          :
              Defendants.                  :
                                          :

---

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the pending Report and Recommendation of United States Magistrate Karen L. Litkovitz (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 4) in its entirety. Accordingly, for the reasons stated in the Report and Recommendation, the Court **DISMISSES** the following: (1) any § 1983 claim against ORDC itself, and (2) Plaintiff's RLUIPA claims for damages against all Defendants. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND