IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JOSEPH SPURLOCK, | Case No. 1:23-cv-721 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| CHAPLAIN RUCKEL, *et al.*, | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 16)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, this case is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Furthermore, pursuant to U.S.C. § 1915(a), it is hereby certified that any appeal of this Order would not be taken in good faith and that Plaintiff is denied leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND